JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LESLEY ARD, STEVEN ARD<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION; OFFICE OF THRIFT SUPERVISION; UNITED STATES OF AMERICA<br><br>    Defendant. | CASE NO. CV 10-03767 MMM (AJWx)<br><br>JUDGMENT FOR DEFENDANT |

On October 29, 2010, defendant United States filed a motion to dismiss plaintiffs' first amended complaint. On February 11, 2011, the court issued an order granting defendant's motion and dismissing the action with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiffs take nothing by way of their complaint; and

    2. That the action be, and it hereby is, dismissed.

DATED: February 11, 2011

                                           *Margaret M. Morrow*
                                  MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE